1012

[No. 13540-0-II.  Division Two.  August 21, 1991.]

THE STATE OF WASHINGTON, *Appellant,* v. CHRISTOPHER BONE, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 89-8-00671-9, Marilyn G. Paja, J. Pro Tem., entered January 9, 1990. *Dismissed* by unpublished per curiam opinion.

[No. 13577-9-II.  Division Two.  August 21, 1991.]

THE STATE OF WASHINGTON, *Appellant,* v. JEANETTE L. SQUIRES, *Respondent.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 89-1-00237-7, Alan R. Hallowell, J., entered January 8, 1990. *Reversed* by unpublished opinion per Petrich, A.C.J., concurred in by Alexander and Morgan, JJ.

[No. 10539-3-III.  Division Three.  August 22, 1991.]

*In the Matter of the Marriage of* JAMES L. LANTRIP, *Appellant, and* LADONNA M. LANTRIP, *Respondent.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 87-3-00101-1, James R. Thomas, J., entered December 29, 1989. *Affirmed as modified* by unpublished opinion per Shields, J., concurred in by Green, C.J., and Thompson, J.